**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00544-CV

---

## IN RE SAN JACINTO RIVER AUTHORITY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1108033**

---

## MEMORANDUM OPINION

On July 3, 2018, relator San Jacinto River Authority filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Theresa Chang, presiding judge of the County Civil Court at Law No. 2 of Harris County, to vacate her order dated May 1, 2018 granting plaintiffs' petition

for a pre-suit deposition, and dismiss plaintiffs' action for lack of subject matter jurisdiction.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that the trial court clearly abused its discretion.

We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Donovan.

2